No. 76. G. B. WILKINSON ESTATE, INC., ET AL. v. YOUNT-LEE OIL Co.; and
No. 77. C. H. WILKINSON v. SAME. October 11, 1937. Petition for writs of certiorari to the Circuit Court of

Appeals for the Fifth Circuit denied. *Mr. Oliver J. Todd* for petitioners in No. 76. *Mr. J. J. Collins* for petitioner in No. 77. *Messrs. Beeman Strong, Will E. Orgain,* and *Thomas B. Greenwood* for respondent. Reported below: 87 F. (2d) 572, 577.